No. 02–1259. STEVENS v. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE APPELLATE DIVISION, SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT, 538 U. S. 979;

No. 02–1296. BROWN, SPECIAL REPRESENTATIVE FOR REEVES, DECEASED v. MUND ET AL., 538 U. S. 979;

No. 02–8686. BEGOVIC v. CITY OF DOVER, NEW HAMPSHIRE, 538 U. S. 949;

No. 02–8964. SLATE v. BURGE, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, 538 U. S. 982;

No. 02–8984. SWAFFORD v. FLORIDA, 538 U. S. 982;

No. 02–9029. VAUGHN v. MONEY, WARDEN, 538 U. S. 984;

No. 02–9110. DRAGER v. ILLINOIS, 538 U. S. 986;

No. 02–9224. BENJAMIN-ANDERSON v. FLORIDA POWER CORP. ET AL., 538 U. S. 1003; and

No. 02–9593. BOYD v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL., 538 U. S. 1018. Petitions for rehearing denied.

No. 02–889. CRUMP v. UNITED STATES ET AL., 538 U. S. 922; and

No. 02–8084. JOHNSON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 537 U. S. 1206. Motions for leave to file petitions for rehearing denied.

JUNE 17, 2003

No. 02–6980. STOKES, AKA MUHAMMED v. UNITED STATES PAROLE COMMISSION. C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 46.

No. 02–11122 (02A1047). MARTIN v. MITCHELL, WARDEN. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

JUNE 19, 2003

No. 02–1674. MCCONNELL, UNITED STATES SENATOR, ET AL. v. FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1675. NATIONAL RIFLE ASSN. ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1676. FEDERAL ELECTION COMMISSION ET AL. *v.* MC-CONNELL, UNITED STATES SENATOR, ET AL.;

No. 02–1702. MCCAIN, UNITED STATES SENATOR, ET AL. *v.* MCCONNELL, UNITED STATES SENATOR, ET AL.;

No. 02–1727. REPUBLICAN NATIONAL COMMITTEE ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1733. NATIONAL RIGHT TO LIFE COMMITTEE, INC., ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1734. AMERICAN CIVIL LIBERTIES UNION *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1740. ADAMS ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1747. PAUL, UNITED STATES CONGRESSMAN, ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1753. CALIFORNIA DEMOCRATIC PARTY ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.;

No. 02–1755. AMERICAN FEDERATION OF LABOR AND CONGRESS OF INDUSTRIAL ORGANIZATIONS ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL.; and

No. 02–1756. CHAMBER OF COMMERCE OF THE UNITED STATES ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL. D. C. D. C. [Probable jurisdiction noted, *ante,* p. 911.] Briefs of the parties who were plaintiffs in the District Court are not to exceed 50 pages for the opening briefs and 20 pages for the reply briefs, except that the plaintiffs in No. 02–1674 may file an opening brief not to exceed 75 pages, and the political party plaintiffs in Nos. 02–1727, 02–1733, and 02–1753 may file a consolidated opening brief not to exceed 100 pages. The Solicitor General may file a brief not to exceed 140 pages, and the intervenor-defendants may file a brief not to exceed 75 pages.

JUNE 23, 2003

No. 02–7118. GOMES, AKA KEATON *v.* UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sell* v. *United States, ante,* p. 166.